UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERCULES HURTADO,<br><br>        Plaintiff,<br><br>    v.<br><br>INVUITY, INC., et al.,<br><br>        Defendants. | Case No. 18-cv-05920-VC<br><br>**JUDGMENT**<br>Re: Dkt. No. 6 |

      On November 15, 2018, the Court granted the stipulated motion for voluntary dismissal of the plaintiff's claims with prejudice and the claims of the unnamed members of the putative class without prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment accordingly. The Clerk of Court closed the file in this matter.

      **IT IS SO ORDERED.**

Dated: November 15, 2018

VINCE CHHABRIA
United States District Judge